FILED
OCT 22 2025
DAVID CREWS, CLERK
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO. 4:25-cr-177

BRANDON ADDISON, JAVERY HOWARD,
MILTON GASTON, TRURON GRAYSON,
BRUCE WILLIAMS, SEAN WILLIAMS,
DEXTURE FRANKLIN, WENDELL JOHNSON,
AMBER HOLMES, MARCUS NOLAN,
AASAHN ROACH, JEREMY SALLIS,
TORIO CHAZ WISEMAN, PIERRE LAKES,
and DERRIK WALLACE

21 U.S.C. § 846
21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2
18 U.S.C. § 924(o)
18 U.S.C. § 924(c)

## INDICTMENT

The Grand Jury charges that:

### INTRODUCTORY ALLEGATIONS

1. At all times relevant to this Indictment, defendant BRANDON ADDISON was employed as a law enforcement officer within the State of Mississippi, first with the Hollandale P.D. and later with the Humphreys County S.O.

2. At all times relevant to this Indictment, defendant JAVERY HOWARD was employed as a law enforcement officer within the State of Mississippi, first with the Metcalfe P.D. and later with the Hollandale P.D.

3. At all times relevant to this Indictment, defendant MILTON GASTON was employed as the duly elected Sheriff of Washington County, Mississippi.

4. At all times relevant to this Indictment, defendant TRURON GRAYSON was employed as a law enforcement officer with the Humphreys County S.O.

5. At all times relevant to this Indictment, defendant BRUCE WILLIAMS was employed as the duly elected Sheriff of Humphreys County, Mississippi.

6. At all times relevant to this Indictment, defendant SEAN WILLIAMS was

employed as a law enforcement officer with the Yazoo City P.D.

7. At all times relevant to this Indictment, defendant DEXTURE FRANKLIN was employed as a law enforcement officer with the Washington County S.O.

8. At all times relevant to this Indictment, defendant WENDELL JOHNSON was employed as a law enforcement officer with the Bolivar County S.O.

9. At all times relevant to this Indictment, defendant AMBER HOLMES was employed as a law enforcement officer with the Washington County S.O.

10. The defendants identified in paragraphs 1 through 9, along with defendants MARCUS NOLAN, AASAHN ROACH, JEREMY SALLIS, TORIO CHAZ WISEMAN, PIERRE LAKES, DERRIK WALLACE, and others known and unknown to the Grand Jury, conspired to aid and abet illegal drug trafficking throughout the Mississippi delta and into Memphis, Tennessee, through the protection of notional shipments of illegal narcotics, as well as the protection of the transportation of notional proceeds of illegal drug trafficking, all in exchange for the payment of monetary compensation.

11. These introductory allegations set forth in paragraphs 1 through 10 are hereby incorporated by reference in each count of this Indictment as though fully set forth therein.

## COUNT ONE

12. From on or about March 8, 2023, through on or about October 23, 2024, in the Northern District of Mississippi and elsewhere, BRANDON ADDISON, JAVERY HOWARD, MILTON GASTON, TRURON GRAYSON, BRUCE WILLIAMS, SEAN WILLIAMS, DEXTURE FRANKLIN, WENDELL JOHNSON, AMBER HOLMES, MARCUS NOLAN, AASAHN ROACH, JEREMY SALLIS, TORIO CHAZ WISEMAN, PIERRE LAKES, and DERRIK WALLACE, defendants, did unlawfully, knowingly and intentionally conspire, combine, and agree with each other, and with other persons both known and unknown to the Grand

Jury, to aid and abet, and to attempt to aid and abet, the possession, transportation, and distribution of illegal narcotics, that is, cocaine, a Schedule II controlled substance, and to aid and abet, and to attempt to aid and abet, illegal drug trafficking by providing escort for the safe transportation of the proceeds of illegal drug trafficking, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

13. It was part of the conspiracy that the defendants were employed by FBI UCE #1, posing as a member of a Mexican drug cartel, to protect the transportation of drugs by the cartel through the Mississippi delta counties along Highway 61 and eventually into Memphis, Tennessee, by providing armed law enforcement escort services on March 8, 2023, March 20, 2024, and July 16, 2024, when the drugs were being transported. At the beginning of the conspiracy, FBI UCE #1 connected with ADDISON and HOWARD through a local Confidential Human Source (CHS code name "Green"), a known local drug dealer. Later, FBI UCE #1 dealt directly with ADDISON and others without the involvement of CHS Green.

14. In addition to providing armed law enforcement escort for the transportation of illegal narcotics, members of the conspiracy also provided armed law enforcement escort services for the protection of the transportation of proceeds of illegal drug trafficking on October 5, 2023, and July 16, 2024.

15. Specifically, ADDISON, HOWARD, GRAYSON, S. WILLIAMS, FRANKLIN, JOHNSON, NOLAN, ROACH, SALLIS, and WISEMAN actively provided escort services for illegal narcotics or narcotics proceeds on one or more occasions, and each received monetary payments for their participation in the illegal activity. HOLMES agreed to provide escort services for the transportation of illegal narcotics or narcotics proceeds on one occasion and received payment for her agreement to participate in the illegal activity, but she was required to respond to a call during the operation before she could complete her duties in the operation. WALLACE and

LAKES made a trip with other conspirators to Miami, Florida, on September 14, 2024, wherein they agreed to join the conspiracy and participate in the future escort of illegal narcotics and narcotics proceeds, receiving payment for their agreement to join in the illegal activity. B. WILLIAMS, the Sheriff of Humphreys County, gave his blessing to FBI UCE #1 for the cartel to transport narcotics and narcotics proceeds through Humphreys County and for the cartel to use his deputy, GRAYSON, to escort the illegal narcotics and narcotics proceeds. B. WILLIAMS received multiple monetary payments for his blessing for the cartel to operate in his county and use his deputy to protect the cartel's illegal drug trafficking. GASTON, the Sheriff of Washington County, gave his blessing to FBI UCE #1 for the cartel to transport narcotics and narcotics proceeds through Washington County and for the cartel to use his deputies, HOLMES and FRANKLIN, to escort the illegal narcotics and narcotics proceeds. GASTON received multiple monetary payments for his blessing for the cartel to operate in his county and use his deputies to protect the cartel's illegal drug trafficking. GASTON attempted to have those monetary payments disguised as "campaign contributions," but did not report them as required by law.

16. In addition to providing armed law enforcement escort services on multiple occasions, it was part of the conspiracy that ADDISON and HOWARD made a trip to Miami, Florida, on April 7, 2023, to meet with FBI UCE #1 and one or more other undercover agents posing as cartel members to discuss the cartel's need to safely transport narcotics and narcotics proceeds through the Mississippi delta and to make plans for ADDISON and HOWARD to assist with this venture. It was further part of the conspiracy that on September 14, 2024, ADDISON, HOWARD, FRANKLIN, NOLAN, ROACH, LAKES, and WALLACE likewise travelled to Miami to meet with FBI UCE #1 and other undercover agents posing as cartel members to further discuss the cartel's drug trafficking in the Mississippi delta and to plan additional escorts. During this meeting, each of the listed defendants affirmatively agreed to participate in the future escort

of illegal narcotics through the Mississippi delta and into Memphis.

17. In regard to the escort runs, each of the defendants understood that they were protecting the transportation of 25 kilos of cocaine, sometimes referred to as "birds," or, on October 5, 2023, the transportation of illegal narcotics proceeds. In exchange for protecting the transportation of narcotics and narcotics proceeds on the listed dates by providing law enforcement escort, each of the defendants were paid bribes in various amounts. In addition to the bribes specifically related to the various escort runs, some of the defendants were paid additional bribes during the course of the investigation to build trust with the corrupt law enforcement officers, to lay the groundwork for future runs, and to take other action to further the drug trafficking conspiracy.

18. Multiple bribes were paid to ADDISON during the course of the conspiracy in the total amount of $37,500.

19. Multiple bribes were paid to HOWARD during the course of the conspiracy in the total amount of $31,000.

20. Multiple bribes were paid to GASTON during the course of the conspiracy in the total amount of $20,000.

21. Multiple bribes were paid to GRAYSON during the course of the conspiracy in the total amount of $19,500.

22. Multiple bribes were paid to B. WILLIAMS during the course of the conspiracy in the total amount of $18,000.

23. Multiple bribes were paid to FRANKLIN during the course of the conspiracy in the total amount of $16,500.

24. Multiple bribes were paid to S. WILLIAMS during the course of the conspiracy in the total amount of $14,000.

25. Multiple bribes were paid to JOHNSON during the course of the conspiracy in the total amount of $12,000.

26. One bribe was paid to HOLMES in the amount of $1000.

27. Two bribes each were paid to NOLAN and ROACH during the course of the conspiracy in the total amount of $6,500 each.

28. One bribe each was paid to WISEMAN and SALLIS in the amount of $5,000 each.

29. One bribe each was paid to WALLACE and LAKES in the amount of $1500 each.

All in violation of Title 21 United States Code, Section 846.

## COUNT TWO

30. On or about July 16, 2024, in the Northern District of Mississippi and elsewhere, BRANDON ADDISON, JAVERY HOWARD, TRURON GRAYSON, SEAN WILLIAMS, DEXTURE FRANKLIN, WENDELL JOHNSON, MARCUS NOLAN, AASAHN ROACH, JEREMY SALLIS, and TORIO CHAZ WISEMAN, defendants, along with other persons known and unknown to the Grand Jury, did knowingly and intentionally attempt to aid and abet the possession, transportation, and distribution of illegal narcotics, that is, approximately 25 kilograms of cocaine, a Schedule II controlled substance, as well as narcotics proceeds, in exchange for monetary payments of $7000 each to ADDISON, HOWARD, FRANKLIN, S. WILLIAMS, and JOHNSON, and $5000 each to GRAYSON, NOLAN, ROACH, SALLIS, and WISEMAN, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and 846, and Title 18, United States Code, Section 2.

## COUNT THREE

31. On or about March 20, 2024, in the Northern District of Mississippi, BRANDON ADDISON, JAVERY HOWARD, TRURON GRAYSON, SEAN WILLIAMS, DEXTURE FRANKLIN, and WENDELL JOHNSON, defendants, along with other persons known and

unknown to the Grand Jury, did knowingly and intentionally attempt to aid and abet the possession, transportation, and distribution of illegal narcotics, that is, approximately 25 kilograms of cocaine, a Schedule II controlled substance, in exchange for monetary payments of $5000 each, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and 846, and Title 18, United States Code, Section 2.

## COUNT FOUR

32. On or about October 5, 2023, in the Northern District of Mississippi, BRANDON ADDISON, JAVERY HOWARD, MILTON GASTON, TRURON GRAYSON, SEAN WILLIAMS, DEXTURE FRANKLIN, AMBER HOLMES, and BRUCE WILLIAMS, defendants, along with other persons known and unknown to the Grand Jury, did knowingly and intentionally attempt to aid and abet the trafficking of illegal narcotics by providing escort for the safe transportation of the proceeds of illegal narcotics trafficking, in exchange for monetary payments of $4000 each to ADDISON, HOWARD, and GRAYSON, $2000 to S. WILLIAMS, $1000 each to FRANKLIN and HOLMES, and $5000 to GASTON and B. WILLIAMS, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and 846, and Title 18, United States Code, Section 2.

## COUNT FIVE

33. On or about March 8, 2023, in the Northern District of Mississippi, BRANDON ADDISON and JAVERY HOWARD, defendants, along with other persons known and unknown to the Grand Jury, did knowingly and intentionally attempt to aid and abet the possession, transportation, and distribution of illegal narcotics, that is, approximately 25 kilograms of cocaine, a Schedule II controlled substance, in exchange for monetary payments of $5000 each, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and 846, and Title 18, United States Code, Section 2.

## COUNT SIX

34. On or about June 22, 2022, in the Northern District of Mississippi, JAVERY HOWARD, defendant, along with other persons known and unknown to the Grand Jury, did knowingly and intentionally attempt to aid and abet the possession, transportation, and distribution of illegal narcotics, that is, approximately 25 kilograms of cocaine, a Schedule II controlled substance, in exchange for a monetary payment of $5000, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and 846, and Title 18, United States Code, Section 2.

## COUNT SEVEN

35. From on or about March 8, 2023, through on or about October 23, 2024, in the Northern District of Mississippi and elsewhere, BRANDON ADDISON, JAVERY HOWARD, MILTON GASTON, TRURON GRAYSON, BRUCE WILLIAMS, SEAN WILLIAMS, DEXTURE FRANKLIN, WENDELL JOHNSON, AMBER HOLMES, MARCUS NOLAN, AASAHN ROACH, JEREMY SALLIS, TORIO CHAZ WISEMAN, PIERRE LAKES, and DERRIK WALLACE, defendants, did unlawfully, knowingly and intentionally conspire, combine, and agree with each other, and with other persons both known and unknown to the Grand Jury, to use and carry or have others use and carry one or more firearms during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, aiding and abetting, and attempting to aid and abet, the possession, transportation, and distribution of illegal narcotics, and aiding and abetting, and attempting to aid and abet, illegal drug trafficking by providing escort for the safe transportation of the proceeds of illegal drug trafficking, as set forth more fully in Count One above, in violation of Title 18, United States Code, Section 924(o).

## COUNT EIGHT

36. On or about July 16, 2024, in the Northern District of Mississippi, BRANDON ADDISON, JAVERY HOWARD, TRURON GRAYSON, SEAN WILLIAMS, DEXTURE

Case: 4:25-cr-00177-MPM-JMV Doc #: 1 Filed: 10/22/25 9 of 10 PageID #: 11

FRANKLIN, WENDELL JOHNSON, MARCUS NOLAN, AASAHN ROACH, JEREMY SALLIS, and TORIO CHAZ WISEMAN, defendants, did knowingly use and carry, and aid and abet the use and carry of, one or more firearms during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, attempting to aid and abet the possession, transportation, and distribution of illegal narcotics, as set forth more fully in Count Two above, in violation of Title 18, United States Code, Section 924(c).

## COUNT NINE

37.     On or about March 20, 2024, in the Northern District of Mississippi, BRANDON ADDISON, JAVERY HOWARD, TRURON GRAYSON, SEAN WILLIAMS, DEXTURE FRANKLIN, and WENDELL JOHNSON, defendants, did knowingly use and carry, and aid and abet the use and carry of, one or more firearms during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, attempting to aid and abet the possession, transportation, and distribution of illegal narcotics, as set forth more fully in Count Three above, in violation of Title 18, United States Code, Section 924(c).

## COUNT TEN

38.     On or about October 5, 2023, in the Northern District of Mississippi, BRANDON ADDISON, JAVERY HOWARD, TRURON GRAYSON, SEAN WILLIAMS, DEXTURE FRANKLIN, and AMBER HOLMES, defendants, did knowingly use and carry, and aid and abet the use and carry of, one or more firearms during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, attempting aid and abet the trafficking of illegal narcotics by providing escort for the safe transportation of the proceeds of illegal narcotics trafficking, as set forth more fully in Count Four above, in violation of Title 18, United States Code, Section 924(c).

## COUNT ELEVEN

39.    On or about March 8, 2023, in the Northern District of Mississippi, BRANDON ADDISON and JAVERY HOWARD, defendants, did knowingly use and carry, and aid and abet the use and carry of, one or more firearms during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, attempting to aid and abet the possession, transportation, and distribution of illegal narcotics, as set forth more fully in Count Five above, in violation of Title 18, United States Code, Section 924(c).

## COUNT TWELVE

40.    On or about June 22, 2022, in the Northern District of Mississippi, JAVERY HOWARD, defendant, along with other persons known and unknown to the Grand Jury, did knowingly use and carry, and aid and abet the use and carry of, one or more firearms during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, attempting to aid and abet the possession, transportation, and distribution of illegal narcotics, as set forth more fully in Count Six above, in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL

_____
CLAY JOYNER
UNITED STATES ATTORNEY

/s/ Redacted Signature
FOREPERSON