# CRIMINAL COVER SHEET  U.S. DISTRICT COURT

**FILED**
OCT 22 2025
DAVID CREWS, CLERK
By_____ Deputy

**Place of Offense:**
City Greenville
County Washington

**Case Information:**
Superseding: ☐ Yes ☑ No  If yes, Case# _____
☐ Same Defendant  ☐ New Defendant
Magistrate Judge Case No. _____
R20/R40 from District of _____
Related Criminal Case No. _____

**Defendant Information:**
Defendant Name Milton Gaston
Alias Name _____
Address Greenville, MS 38701
DOB 1961  SS# 0899  Sex M  Race B  Nationality _____
Represented by: _____
Interpreter: ☐ Yes ☑ No  If yes, Language: _____

**Location Status:**
In Custody: ☐ Yes ☑ No   Federal ☐  State ☐   MDOC# _____
Facility Location: _____

**U.S.C. Citations:** Total Number of Count(s) 3   ☐ Misdemeanor  ☑ Felony

| Title & Section | Offense Description | Count(s) |
|---|---|---|
| 21:846 | Conspiracy to commit drug distribution | 1,4 |
| 21:841 | Drug distribution | 1,4 |
| 18:2 | Aid and abet | 4 |
| 18:924 | Firearms conspiracy | 7 |

**U.S. Attorney Information:** AUSA Robert J. Mims  Bar# 9913
Date: 10-21-25   Signature of AUSA _____

**District Court Case Number:**
(To be entered by the Clerk)   4:25cr177