IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL CASE NO. 4:25-CR-177

BRANDON ADDISON

## WAIVER OF APPEARANCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

PURSUANT TO Federal Rule of Criminal Procedure 10(b), BRANDON ADDISON hereby waives appearance at arraignment and enters a plea of "NOT GUILTY" to all charges against him contained in the Indictment. Defendant further affirms that he has received a copy of the Indictment and has discussed the charges contained in the Indictment and maximum statutory penalties with his attorney.

SIGNED, this the 6th day of November 2025.

_____
**Brandon Addison**
**DEFENDANT**

_____
Taylor H. Webb, MSB# 104180
**COUNSEL FOR DEFENDANT**

ACCEPTED BY THE COURT this the __6th__ day of __November__, 2025.

_____
UNITED STATES MAGISTRATE JUDGE